# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE
JOSE I. TORRES ROQUE
DEBTOR(S)

CASE NO. 05-01536 ESL
CHAPTER 13

## MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR** represented by the undersigned attorney and very respectfully **ALLEGES, STATES** and **PRAYS:**

1. Debtor(s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that Debtor(s) want(s) to amend the plan in order to:

   a) To include the arrears in the amended plan.

   b) To request attorney fees in the amount of $100.00 Debtor paid up front the amount of $250.00.

1

3. Debtor's amended plan calls for nine (9) payments of $520.00, eight (8) payments of $115.00, zero payments in seven months, six (6) payments of $115.00, zero payments in six months, ten (10) payments of $120.00, zero payments in six months and eight (8) payments of $120.000 for a total base of $8,450.00.

4. The reason for the arrears is that during several months the Debtor had a reduction of income due to the economic situation.

5. The Debtor has expressed to the undersigned that this situation has been resolved and that he will be able to continue with his payments to the chapter 13 Trustee on July 2009.

**WHEREFORE,** Debtor respectfully requests from this Honorable Court to accept this motion and grant Debtor the opportunity to modify the confirmed plan according to 11 USC 1329 and provide any other remedy it may deem appropriate.

## NOTICE

"Parties in interest are hereby granted twenty (20) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed the Court will schedule the motion for a hearing as contested matter. Absent good cause, untimely rejections shall be denied."

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification of such filing to the Chapter 13 Trustee, to the US Trustee and to all subscribed users. I hereby certify that I have mailed by United States Postal Service to the following non CM/ECF participants as per the attached master address list upon knowing that they are non CM/ECF participants.

RESPECTFULLY SUBMITTED

In San Juan Puerto Rico, this 5th day of June, 2009.

S/Víctor Thomas Santiago, Esq.
**Thomas & Magriñá Law Office**
Attorney for Debtor(s)
USDC PR 209807
151 De Diego - Suite B
San Juan, Puerto Rico 00911
Tel. 722-5601 / Fax. 724-6366
E-mail:vthomas@thomasmag.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: José J. Torres Roque

BK. CASE # 05-01536 SK

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION

☑ AMENDED PLAN DATED: June 5, 2009
FILED BY ☑ DEBTOR ☑ TRUSTEE ☑ OTHER Atty

| | | |
|---|---|---|
| $ 520 × 9 = 4,680 |
| $ 115 × 8 = 920 |
| $ 0 × 7 = 0 |
| $ 115 × 6 = 690 |
| $ 0 × 6 = 0 |
| $ 120 × 10 = 1,200 |
| $ 0 × 6 = 0 |
| $ 120 × 8 = 960 |

$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____
☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above.
$ _____ × _____ = _____

PROPOSED BASE: $ 8,450.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,544
b. Additional Fees: $ 100
c. Adjusted Balance: $ 1,644

Signed: _____ DEBTOR
_____ JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR _____ $ _____
B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr._____ Cr._____ Cr._____
#_____ #_____ #_____
$_____ $_____ $_____

2. ☑ Trustee pays IN FULL Secured Claims
Cr. M. Berrios Cr._____ Cr._____
# $580.15 #_____ #_____

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr._____ Cr._____ Cr._____
#_____ #_____ #_____
$_____ $_____ $_____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: Auto Toyota credit / shares to coop Lomas Verdes
5. ☐ OTHER: _____
6. ☐ Debtor Otherwise maintains regular payments directly to: _____

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2)

D. UNSECURED CLAIMS. Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr._____ Cr._____ Cr._____
#_____ #_____ #_____
(b) ☐ Other: _____
2. ☑ Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)

ATTORNEY FOR DEBTOR: Victor C. Thomas Santiago    Phone: (787) 722-5601

Label Matrix for local noticing
0104-3
Case 05-01536-ESL13
District of Puerto Rico
Old San Juan
Fri Jun  5 12:54:36 AST 2009

B-FIRST LLC
MAIL STOP 550
2101 FOURTH AVE SUITE 1030
SEATTLE, WA 98121-2317

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

VATIV
AGENT FOR PALISADES COLLECTION
PO BOX 19249
SUGAR LAND, TX 77496-9249

VATIV RECOVERY SOLUTIONS LLC
PO BOX 19249
SUGAR LAND, TX 77496-9249

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ASSOCIATES
PO BOX 2758
BAYAMON PR 00960-2758

ASSOCIATES FINANCE
FORTUNO & FORTUNO FAS
BOX 13665
SAN JUAN, PR  00908-3665

COOP A/C LOMAS VERDES
PO BOX 1142
BAYAMON PR 00960-1142

FIRST BANK
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN, PR  00908-0146

FIRST BANK/WESTERN AUTO
PO BOX 9146
SAN JUAN, PR  00908-0146

FIRSTBANK
PO BOX 13817
SAN JUAN PR 00908-3800

Island Finance
PO Box 195369
San Juan PR 00919-5369

MUEBLERIAS BERRIOS
APARTADO 674
CIDRA PR 00739-0674

RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

SAMS CLUB
PO BOX 105980 DEPT 77
ATLANTA GA 30353-5980

SEARS
PO BOX 183001
COLUMBUS OH 43218-3001

TOYOTA CREDIT
PO BOX 366251
SAN JUAN PR  00936-6251

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

WESTERN AUTO
PO BOX 75002
SAN JUAN PR 00950-5002

WESTERN BANK
PO BOX 1180
MAYAGUEZ PR 00681-1180

eCAST Settlement Corporation, assignee of
General Electric/
SAM'S CLUB CONSUMER
P.O. Box 35480
Newark, NJ  07193-5480

JOSE ISMAEL TORRES ROQUE
EDIF E-2 APT #22
SAN FERNANDO GARDENS
BAYAMON, PR 00957

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

VICTOR THOMAS SANTIAGO
151 DE DIEGO AVE SUITE B
SAN JUAN, PR 00911-2192

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(d)VATIV RECOVERY SOLUTIONS
P.O. BOX 19249
SUGAR LAND, TX 77496-9249

End of Label Matrix
Mailable recipients    25
Bypassed recipients     2
Total                  27